```
IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Telephone: (415) 457-4200
Facsimile:  (415) 454-5294
```

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN E. HASELTINE, | Case No.: C-07-01605 BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLYOPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Jo Ann E. Haseltine may have an extension of 30 days in which to file her reply to Defendant's Cross-Motion for Summary Judgment. Plaintiff's reply was due on August 2, 2007. The undersigned agree that Plaintiff is allowed an extension of 30 days till September 1, 2007 to file her reply, pursuant to Civil L.R. 16-5.

    IT IS SO STIPULATED:

Dated: August 3, 2007                               Signed /IAN M. SAMMIS/

                                                    _____
                                                    Ian M. Sammis
                                                    Attorney for Jo Ann E. Haseltine

Dated: August 3, 2007

                                                    Signed /Nancy Marie Lisewski/
                                                    By_____
                                                    **NANCY MARIE LISEWSKI**
                                                    SOCIAL SECURITY ADMINISTRATION

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: August __7th__, 2007

_____
BERNARD ZIMMERMAN
UNITED STATES DISTRICT MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: August 3, 2007

Signed /IAN M. SAMMIS/

Ian M. Sammis
Attorney for Jo Ann E. Haseltine

Dated: August 3, 2007

Signed /Nancy Marie Lisewski/
By
NANCY MARIE LISEWSKI
SOCIAL SECURITY ADMINISTRATION

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: August _____, 2007

_____
BERNARD ZIMMERMAN
UNITED STATES DISTRICT MAGISTRATE JUDGE