UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO ANNE E. HASELTINE,           )
                                )
        Plaintiff(s),           )   No. C07-1605  BZ
                                )
    v.                          )
                                )   **BRIEFING ORDER**
MICHAEL J. ASTRUE,              )
Commissioner of Social          )
Security,                       )
                                )
        Defendant(s).           )
_____)

**IT IS HEREBY ORDERED** that by **Friday, November 16, 2007**, each side shall submit a brief of up to 5 pages discussing the following issues:

    1.  Does an Administrative Law Judge presiding over a Social Security hearing have the authority to offer a compromise to a claimant?  If so, what is the source of that authority?

    2.  If the administrative law judge is so authorized, are the claimants' due process rights to a hearing pursuant to 20

///

///

1

C.F.R. §404.929 et seq. violated by such a compromise discussion?

Dated: November 7, 2007

                              Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-BZCASES\Haseltine v. Astrue\BRIEFING ORDER.wpd

2