UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANN E. HASELTINE, | ) | CIVIL NO. C-07-1605 BZ |
| Plaintiff, | ) | |
| | ) | ~~[PROPOSED]~~ ORDER OF REMAND |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The Court orders that the action be remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will remand this case to an Administrative Law Judge and direct him or her to determine the onset date of Plaintiff's disability. This constitutes a final judgment under Fed. R. Civ. P. 58.


IT IS SO ORDERED.


Dated:   January 8, 2008                    _Bernard Zimmerman_____

BERNARD ZIMMERMAN
United States Magistrate Judge