UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN E. HASELTINE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-07-1605 BZ<br>[PROPOSED] ORDER REGARDING EAJA FEES |

    IT IS HEREBY ORDERED, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of three-thousand, four-hundred dollars ($3,400.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by her attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

    IT IS SO ORDERED.

Dated: __January 15, 2008__                        BERNARD ZIMMERMAN
                                                     United States Magistrate Judge